**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 06-cr-00032-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    PATRICK SALVADOR,
2.    ZACHARY SMALLCANYON,

        Defendants.
_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Motion to Withdraw as Counsel (Doc 43 - filed May 8, 2006) is **GRANTED**. Matthew Golla, Assistant Federal Public Defender, is allowed to withdraw as counsel for Defendant Salvador herein.

      The Motion for Substitution of Counsel and Motion for Extensions of Time (Doc 42 - filed May 4, 2006) is **GRANTED IN PART**. Walter L. Gerash is substituted as counsel for Defendant Salvador herein.

      The Motion for Extensions of Time will be addressed at the status hearing presently set for **Friday, May 19, 2006 at 8:00 a.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.

Dated: May 11, 2006