IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  06-cr-00032-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      PATRICK SALVADOR,
2.      ZACHARY SMALLCANYON,

        Defendant.

_____

## ORDER
_____

      Defense counsel indicate that they have recently received from the Government discovery pertaining to as-yet uncharged alleged offenses, on which the Government is prepared to seek a superseding indictment.  Counsel desire additional time to review the materials, which exceed 1,000 pages in length.  For those reasons and for the other reasons stated on the record during the May 19, 2006 hearing, I find and conclude, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(i) and (iv), that:

1) failure to grant a continuance would be likely to result in a miscarriage of justice;

2) failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and that

3) the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is ORDERED that the speedy trial clock is tolled until **Wednesday, July 5, 2006 at 8:30 A.M.**, at which time a further status and scheduling hearing shall be held.

Dated: May   19  , 2006 in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge